In the Matter of the Estate of ROSE BB., Deceased. RICHARD BB., Respondent; LOUIS BB., Appellant. (And Another Related Proceeding.)

Submitted March 26, 2007; decided April 3, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge GRAFFEO taking no part.

MARK SHERMAN, Respondent, v HELENE SPIELMAN SHERMAN, Appellant.

Submitted March 26, 2007; decided April 3, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CHARLES STEWART, Appellant, v DAVID S. HARTNETT, as Cortland County District Attorney, et al., Respondents.

Submitted March 26, 2007; decided April 3, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.